UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. TURNER, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1012-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a second extension of time to comply with the court's June 6, 2019 order to submit the appropriate filing fee or a completed in forma pauperis application.

Plaintiff's request (ECF No. 9) is granted and plaintiff has 60 days from the date this order is served to file his completed application to proceed in forma pauperis.

So ordered.

Dated: August 27, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE