UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. TURNER, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01012-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>AMENDED COMPLAINT DUE FEBRUARY 1, 2020 |

　　　　Plaintiff is a state prisoner proceeding without counsel in this action. On April 6, 2020, the previously assigned magistrate judge screened plaintiff complaint, dismissed it for failure to state a claim, and granted plaintiff thirty days to file an amended complaint. ECF No. 14. Plaintiff was subsequently granted two extensions of time to file an amended complaint, with the most recent extending the deadline for filing an amended complaint to October 23, 2020. See ECF Nos. 18, 22. After plaintiff failed to file an amended complaint by that date, he was ordered to show cause, by no later than December 14, 2020, why this action should not be dismissed for failure to prosecute and for failure to state a claim. ECF No. 24. He was also notified that if he wished to continue with this action, he needed to file an amended complaint. *Id.* at 2.

　　　　In response to the order to show cause, plaintiff states that he is not been able to prepare an amended complaint due to being transferred to administrative segregation for a three-month

period and the closure of prison law library as a result of the current pandemic.  ECF No. 25.  Plaintiff, however, did not file an amended complaint.  Nevertheless, in light of plaintiff's representations, *see id*., the court will grant plaintiff a final opportunity to file an amended complaint.  No further extensions of time will be granted absent a showing of extraordinary cause.

Accordingly, it is hereby ORDERED that:

1. Plaintiff is granted until February 1, 2021, to file an amended complaint.

2. Plaintiff is admonished that failure to file an amended complaint by that date will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   December 18, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE