UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. TURNER, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01012-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

     On April 6, 2020, the previously assigned magistrate judge screened plaintiff's complaint, found that it improperly joined unrelated claims, and granted plaintiff thirty days to file an amended complaint. ECF No. 14. Despite receiving multiple extensions of time, plaintiff failed to timely file an amended complaint. Accordingly, on November 24, 2020, plaintiff was ordered to show cause why this action should not be dismissed. ECF No. 24. In response to the order to show cause, plaintiff stated that he was unable to prepare an amended complaint due to being transferred to administrative segregation for a three-month period and the closure of the prison law library as a result of the current pandemic. ECF No. 25. In light of those representations, plaintiff was granted a final opportunity to file an amended complaint. He was specifically admonished that if he failed to file an amended complaint by February 1, 2021, I would recommend that this action be dismissed.

The deadline has passed, and plaintiff has not filed an amended complaint. Accordingly, it is ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that:

1. This action be dismissed without prejudice for failure to prosecute and failure to comply with court orders.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   February 22, 2021

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

2